**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                                                    CASE NO.  3:00cr12LAC

RICHARD E. KING

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on __January 24, 2006__
Motion/Pleadings: __MOTION FOR POST TRIAL RELIEF, PURSUANT TO TITLE 18 USC 3582(c)(2) TO MODIFY SENTENCING ORDER AND TO PROVIDE AN UPDATED (REVISED) PRE-SENTENCE INVESTIGATION REPORT__
Filed by __DEFENDANT PRO SE__ on __1/10/06__ Doc.# __376__
RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated      ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                                        Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of January, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) Apprendi, Blakely, Booker and Fanfan are not retroactive.*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.