# UNITED STATES DISTRICT COURT
for the
### NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 3:00cr12-005/LAC |
| Richard King ) | USM No: 04919-017 |
| Date of Previous Judgment:  21 December 2000 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __396__ months **is reduced to** __360 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 42 | Amended Offense Level: | 40 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 360 to Life | Amended Guideline Range: | 324 to 405 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  21 December 2000  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   29 April 2008                            s/*L.A. Collier*
                                                                    Judge's signature

Effective Date: _____                Lacey A. Collier, Senior U.S. District Judge
     (if different from order date)                          Printed name and title