# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                CASE NO. 3:00cr12 LAC

RICHARD KING

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    AUGUST 13, 2008

Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Filed by DEFENDANT PRO SE    on 8/11/08    Doc.# 397

RESPONSES:

                                     on            Doc.# 
                                     on            Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                      Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of September, 2008, that:*

*(a) The relief requested is **DENIED**. MOOT.*

*(b) Sentence was reduced 29 April 2008 (doc 392).*

                                                          *s/L.A. Collier*
                                                          ***LACEY A. COLLIER***
                                     *Senior United States District Judge*

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____
```

                                           Document No.